IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANDREA LORENZO COATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 324-082 |
| | ) | |
| DALE OWENS; DODGE COUNTY | ) | |
| INVESTIGATORS; DODGE COUNTY | ) | |
| SHERIFF'S DEPARTMENT; ASHLEY | ) | |
| McGOLLKIN; and KELLIE ADAMS, | ) | |
| | ) | |
| Respondents. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner, incarcerated at Coastal State Prison, commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On November 20, 2024, the Court directed Petitioner to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Petitioner all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). (See doc. no. 4, pp. 1-3.) Petitioner was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice. (See id. at 4.) The time to respond has passed, and Petitioner has not submitted the documents required by the Court's November 20th Order. Nor has he provided the Court with any explanation why he has not complied.

Petitioner cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). Petitioner has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. (See doc. no. 4, p. 4.) As Petitioner has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 3rd day of January, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA