IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANDREA LORENZO COATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 324-082 |
| | ) | |
| DALE OWENS; DODGE COUNTY INVESTIGATORS; DODGE COUNTY SHERIFF'S DEPARTMENT; ASHLEY McGOLLKIN; and KELLIE ADAMS, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of February, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE